UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE FIGUEROA,<br><br>　　　　　Petitioner,<br><br>v.<br><br>JULIO CARAVIA, Director, Boston Logan Airport Port of Entry, U.S. Customs and Border Protection, JOHN DOE, Director, Boston Field Office, U.S. Customs and Border Protection, PETER R. FLORES, Acting Commissioner, U.S. Customs and Border Protection, DIANE J. SABATINO, Acting Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection PATRICIA HYDE, Director, Boston Field Office U.S. Immigration and Customs Enforcement, and KRISTI NOEM, U.S. Secretary of Homeland Security, PAM BONDI, Attorney General of the United States,<br><br>　　　　　Respondents. | Case No. _____<br><br>**EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**ORAL ARGUMENT REQUESTED** |

**EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS
FOR LAWFUL PERMANENT RESIDENT DETAINED AT
LOGAN INTERNATIONAL AIRPORT SECONDARY SCREENING
FOR ALMOST 48 HOURS**

1. Petitioner Jorge Figueroa has been a lawful permanent resident of the United States for more than 13 years. He resides in Everett, Massachusetts. He has had a U.S. Citizen partner for over 20 years, and together they have five U.S. Citizen children. He is originally from El Salvador.

2. On information and belief, Mr. Figueroa has been detained by U.S. Customs and Border Protection ("CBP") in the secondary screening area of Logan International Airport since roughly 3 p.m. on Sunday, March 30, 2025.

3. On information and belief, during this detention, Mr. Figueroa has been denied the ability to communicate with his partner or any legal counsel.

4. On information and belief, Mr. Figueroa has been detained almost 48 hours without any Notice to Appear or any other civil or criminal charges having been filed against him by federal authorities.

5. On information and belief, Mr. Figueroa is being detained in the secondary screening area of Logan International Airport, which is essentially a waiting room. On information and belief, the secondary screening area does not have hygiene, sleep, food service, or medical facilities suitable for long-term detention.

6. Mr. Figueroa's detention is consistent with CBP's practice of detaining people for multiple days without charge at Logan International Airport's secondary inspection area.

7. On information and belief, CBP's practice of holding people for multiple days in unsuitable conditions without any ability to communicate with family or counsel exerts coercive pressure on detainees to sign immigration-related documents that may be contrary to their interests, and prevents detainees from making knowing and voluntary decisions concerning the execution of such documents or other decisions which may impact their rights or status in the immigration system.

8. On information and belief, even if CBP issued a Notice to Appear or other civil immigration charges, Mr. Figueroa would not be eligible for immediate deportation, but rather would be required by law to be placed into removal proceedings to adjudicate,

among other things, whether there is a basis for deportation and, even if so, whether he could and should be granted cancellation of removal or other immigration relief. *See, e.g.*, 8 U.S.C. § 1229b(a). Even if he were detained during such proceedings, such detention would be in a facility required to be suitably equipped for long-term detention, where he would have access to communications with his family and the advice of immigration counsel.

9. On information and belief, Respondent Julio Caravia is Director of the Boston Logan Airport Port of Entry for CBP.

10. Respondent John Doe is the Director of CBP's Boston Field Office. John Doe's identity is currently unknown but can be ascertained in the course of the litigation.

11. Respondent Peter R. Flores is the Acting Commissioner of CBP.

12. Respondent Diane J. Sabatino is the Acting Executive Assistant Commissioner, Office of Field Operations, for CBP. On information and belief, Ms. Sabatino is the official responsible for administration of CBP operations at Logan International Airport and other transportation facilities around the United States.

13. Respondent Patricia Hyde is the Director of the Boston Field Office for U.S. Immigration and Customs Enforcement.

14. Respondent Kristi Noem is the U.S. Secretary of Homeland Security.

15. Respondent Pam Bondi is the Attorney General of the United States.

16. All respondents are named in their official capacities. On information and belief, Mr. Figueroa is currently in the physical and legal custody of one or more of the Respondents.

17. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

18. Venue is proper because Petitioner resides in and, on information and belief, is detained in the District of Massachusetts.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of Fifth Amendment Right to Due Process

19. On information and belief, Petitioner is currently being arrested and detained by federal agents in violation of his constitutional rights to due process of law.

## PRAYER FOR RELIEF

Wherefore, Petitioner respectfully requests this Court to grant the following:

(1) Assume jurisdiction over this matter;

(2) Issue an immediate order that Petitioner shall not be transferred or transported outside the District of Massachusetts;

(3) Issue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days;

(4) Declare that Petitioner's detention violates the Due Process Clause of the Fifth Amendment;

(5) Issue a Writ of Habeas Corpus ordering Respondents to release Petitioner;

(6) Grant any further relief this Court deems just and proper.

Respectfully submitted,
JORGE FIGUEROA,
*By his attorney,*

*/s/ Kerry E. Doyle*_____
Bar #565648 MA
Of Counsel
Demissie Law
88 Broad Street, Suite 101

Boston, MA 02110  
(617) 216-1248  
kdoyleesq@gmail.com  
*Counsel for Petitioner*

Dated: April 1, 2025

## CERTIFICATE OF SERVICE

I, Kerry E. Doyle, I hereby certify that the foregoing was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the NEF.

*/s/ Kerry E. Doyle*  
Bar #565648 MA  
Of Counsel  
Demissie Law  
88 Broad Street, Suite 101  
Boston, MA 02110  
(617) 216-1248  
kdoyleesq@gmail.com  
*Counsel for Petitioner*

Dated: April 1, 2025