UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JORGE FIGUEROA,<br><br>      Petitioner,<br><br>v.<br><br>JULIO CARAVIA, Director, Boston Logan Airport of Entry, U.S. Customs and Border protection, JOHN DOE, Director, Boston Field office, U.S. Customs and Border Protection, PETER R. FLORES, Acting Commissioner, U.S. Customs and Border Protection, DIANE J. SABATINO, Acting Executive Assistant Commissioner, Office of Field operations, U.S. Customs and Border Protection, PATRICIA HYDE, Director, Boston Field Office U.S. Immigration and Customs Enforcement, and KRISTI NOEM, as Secretary of the Department of Homeland Security, PAM BONDI, Attorney General of the United States,<br><br>      Respondents. | Civil Action No.: 1:25-CV-10764-RGS |

**STIPULATION OF DISMISSAL**
**WITHOUT PREJUDICE AND WITHOUT COSTS AND INTEREST**

    Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) the parties move this Honorable Court to dismiss this action without prejudice and without costs and interest.

Respectfully submitted,

| JORGE FIGUEROA | UNITED STATES OF AMERICA |
|---|---|
| By his Attorney, | By its Attorneys, |
| | LEAH B. FOLEY<br>United States Attorney |
| /s/ Kerry E. Doyle<br>Demissie Law Of Counsel<br>88 Broad Street Ste 101<br>Boston, MA 02110<br>USA<br>(401) 335-0078<br>Ed@mazzaferolaw.com | /s/ Rayford A. Farquhar<br>Rayford A. Farquhar<br>Assistant U.S. Attorney<br>U.S. Attorney's Office<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3284<br>Rayford.Farquhar@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: April 4, 2025         By:    */s/ Rayford A. Farquhar*
                                     RAYFORD A. FARQUHAR
                                     Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that Plaintiff's counsel has assented to the filing of this motion.

Dated: April 4, 2025         By:    */s/ Rayford A. Farquhar*
                                     Rayford A. Farquhar
                                     Assistant United States Attorney